AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  1:20-mj-00028 |
| JEREMY NATHANIAL FALLBECK | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT — TELEPHONIC

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __03/18/2019 - 12/18/2019__ in the county of __York__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252A(a)(2) | Receipt of child pornography |
| 18 U.S.C. 2252A(a)(5) | Possession of child pornography |

This criminal complaint is based on these facts:

1. Your Affiant is Clinton J. Chlebowski, a Special Agent of the Federal Bureau of Investigation, so employed since 2005, currently assigned to the Harrisburg Resident Agency of the Philadelphia Field Office. My current duties include the investigation of crimes against children which includes child exploitation, child pornography, including the online sexual exploitation of children. I have received training in investigation of child exploitation and child pornography

☑ Continued on the attached sheet.

*Complainant's signature*

CLINTON J. CHLEBOWSKI, SPECIAL AGENT, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/5/2020

*Martin C. Carlson By C/C*
*Judge's signature*

City and state: __HARRISBURG, PA__     MARTIN C. CARLSON, U.S. MAGISTRATE JUDGE
*Printed name and title*